IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CEDRIC TYRONE GREEN, K93505, | ) | |
| Petitioner, | ) | No. C 16-5109 CRB (PR) |
| v. | ) | ORDER OF DISMISSAL |
| J. A. LIZARRAGA, Warden, | ) | (ECF No. 3) |
| Respondent. | ) | |

This action for a writ of habeas corpus under 28 U.S.C. § 2254 was filed on September 6, 2016. The court notified petitioner in writing on that date that the action was deficient because he did not pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. Petitioner was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 40 days have elapsed; however, petitioner has not filed the requisite items or sought an extension of time to do so. Petitioner's incomplete application to proceed IFP (ECF No. 3) is DENIED and this action is DISMISSED without prejudice to filing a new habeas action accompanied by the requisite $5.00 filing fee or a signed and completed IFP application.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED:  10/24/2016

_____
CHARLES R. BREYER
United States District Judge

N:\October 2016\CRB\Green, C.16-5109.dsifp.wpd